UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>                Plaintiff,<br><br>    v.<br><br>TARLOCHAN SINGH, d/b/a STANFORD MARKET; GONG YEE FONG, Trustee of the Sun Sun Fong and Gong Yee Fong Family Trust under Declaration of 1/1/02; SUN SUN FONG, Trustee of the Sun Sun Fong and Gong Yee Fong Family Trust under Declaration of 1/1/02,<br><br>                Defendants.[1] | 2:08-cv-02022-GEB-DAD<br><br><u>ORDER TO SHOW CAUSE AND CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE</u> |

       The August 28, 2008, Order Setting Status (Pretrial Scheduling) Conference ("August 28 Order") scheduled a status conference in this case for December 22, 2008, and required the parties to file a joint status report no later than fourteen days prior to the status conference. The Order further required that a status report be filed regardless of whether a joint report could be procured. No status report was filed.

---

[1] The case caption was changed to reflect Plaintiff's Dismissal of Defendant Vijay Singh filed November 17, 2008.

1

1 | Plaintiff is Ordered to Show Cause (OSC) in a writing to be
2 | filed no later than 4:00 p.m. on January 19, 2009, why sanctions
3 | should not be imposed against him under Rule 16(f) of the Federal
4 | Rules of Civil Procedure for his failure to file a timely status
5 | report.  The written response shall also state whether a hearing is
6 | requested on the OSC.  If a hearing is requested, it will be held on
7 | February 2, 2009, at 9:00 a.m., just prior to the status conference,
8 | which is rescheduled to that date.  In accordance with the
9 | requirements set forth in the August 28 Order, a status report shall
10 | be filed no later than fourteen days prior to the status conference.
11 | IT IS SO ORDERED.

Dated:  December 17, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge